FILED
CLERK, U.S. DISTRICT COURT
9/8/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___jb___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR No. 21-00076(A)-ODW |
|---|---|
| Plaintiff, | A̲M̲E̲N̲D̲E̲D̲ F̲I̲R̲S̲T̲ S̲U̲P̲E̲R̲S̲E̲D̲I̲N̲G̲ I̲N̲F̲O̲R̲M̲A̲T̲I̲O̲N̲ |
| v. | |
| BERNARD DAVIS, | [18 U.S.C. § 641: Theft of Government Property] |
| Defendant. | |
| | **[CLASS A MISDEMEANOR]** |

The Acting United States Attorney charges:

[18 U.S.C. § 641]

On or about August 4, 2016, in Los Angeles County, within the Central District of California, defendant BERNARD DAVIS knowingly and willfully embezzled, stole, purloined, and converted to his own use money and property of the United States Postal Service ("USPS"), a department and agency of the United States, namely, Voyager Card fuel

//
//
//
//
//

benefits in the amount of $111.85, to which defendant DAVIS knew he was not entitled, with the intent of depriving the USPS of the use and benefit of that money and property.

TRACY L. WILKISON
Acting United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

MELANIE SARTORIS
Assistant United States Attorney
Chief, General Crimes Section

KYLE W. KAHAN
Special Assistant United States Attorney
General Crimes Section